ORLANDO MINETTO, SR., AND ENES MINETTO v.
BOROUGH OF NORTHVALE.

September 5, 1986.

Petition for certification denied. (See 210 *N.J.Super.* 312)

LEROY MANUEL v. DEL REID CONSTRUCTION, INC.

September 5, 1986.

Petition for certification denied.

SHELDON HALPERIN v. MAX FLUSS INC., AND WHITE
MANOR ASSOCIATES.

September 5, 1986.

Petition for certification denied.

IRA WALLACH AND ESTHER SPIVAK v. HUDSON TROY
TOWERS ASSOCIATES, LTD.

September 5, 1986.

Petition for certification denied.